

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate Case No. '21 MJ0521 |
| Plaintiff, ) | |
| ) | COMPLAINT FOR VIOLATION OF |
| v. ) | |
| ) | Title 8, U.S.C., Section |
| Luis Eduardo MAYTOREL, ) | 1324(a)(2)(B)(iii)- |
| ) | Bringing in Illegal Alien(s) |
| Defendant. ) | Without Presentation |

The undersigned complainant being duly sworn states:

On or about February 15, 2021, within the Southern District of California, defendant, Luis Eduardo MAYTOREL, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, Luis Alejandro SORIANO-Santos and A.B.C. had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens, and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Gabriela Acevedo, CBP Enforcement Officer
U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 16th of February 2021.

_____
HON. JILL L. BURKHARDT
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

The complainant states that Luis Alejandro SORIANO-Santos and A.B.C. are citizens of a country other than the United States; that said aliens have admitted they are deportable; that their testimonies are material; that it is impracticable to secure their attendance at trial by subpoena; and that they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On February 15, 2021, at approximately 11:22 A.M, Luis Eduardo MAYTOREL (Defendant), made application for admission, into the United States from Mexico at the Otay Mesa, California Port of Entry via vehicle primary lanes. Defendant was the driver of a Chevrolet El Camino. Defendant presented his valid US Passport card to the primary CBP Officer and stated he was going to Otay Mesa, California with nothing to declare from Mexico. At this time, a CBP Canine Enforcement Officer (CEO) and his Canine screened the vehicle to which the canine gave a positive alert. The CEO pried back the sheet metal cover and discovered a person concealed within. The Defendant was handcuffed and escorted to the security office. The vehicle was driven into the secondary lot for further inspection.

During the secondary inspection a non-factory sheet metal cover was unscrewed from the cargo area and two males were assisted out the compartment. The two males were later identified as Luis Alejandro SORIANO-Santos and A.B.C., a minor. Both admitted to being citizens of Mexico without lawful documents to enter the United States. Both are now referred to as Material Witnesses.

During a videotaped interview, Material Witnesses admitted to being citizens of Mexico with no documents to lawfully enter or reside in the United States. Material Witnesses admitted they were going to California to live and work. Material Witnesses agreed to pay between an unknown amount and $10,000 USD upon their successful entry into the United States. Material Witnesses stated that while in the compartment a male's voice instructed them not to talk and be calm.